## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL SHANE FLETCHER,** ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION 1:20-00347-KD-N |
| ) | |
| **WARDEN NOAH PRICE OLIVER,** ) | |
| Respondent. ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 4) made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated July 21, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Michael Shane Fletcher's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 dated June 24, 2020 (Doc. 1) is **DISMISSED without prejudice** for failure to exhaust, and alternatively, **DISMSSED with prejudice** as without merit, and that Fletcher is not entitled to a certificate of appealability in conjunction with to this final adverse order and accompanying final judgment. Further, the Court certifies that any appeal by Fletcher of this dismissal would be without merit and therefore not taken in good faith.  Thus, Fletcher is not entitled to proceed *in forma pauperis* on appeal.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this the **28th** day of **August 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**