IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL SHANE FLETCHER,**      Petitioner, | ) ) ) |
| v. | )    CIVIL ACTION 1:20-00347-KD-N ) |
| **WARDEN NOAH PRICE OLIVER,**      Respondent. | ) ) ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Michael Shane Fletcher, such that this action under 28 U.S.C. § 2241 is **DISMISSED without prejudice**, and alternatively, **with prejudice**, and such that Fletcher is not entitled to a certificate of appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **28th** day of **August 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**